Argued July 18, reversed and remanded for resentencing August 1, 1978

STATE OF OREGON, *Respondent,*
*v.*
WESLEY DELYLE SIECKMANN, *Appellant.*
(No. C 77-09-13752, CA 10185)
581 P2d 557

James E. Mountain, Jr., Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.